UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-14108-BLOOM

JOHNNY TREVON COOK,

    Petitioner,

v.

MARK INCH,

    Respondent.

_____/

### ORDER REQUIRING PAYMENT OF FILING FEE OR IFP MOTION

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Petitioner has filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 but has neither paid the filing fee of $5.00 nor filed a motion to proceed *in forma pauperis* pursuant to Rule 3(a) of the Rules Governing § 2254 Proceedings in the District Courts.

Accordingly, it **is ORDERED AND ADJUDGED** as follows:

1. On or before **March 26, 2021,** Petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion to proceed *in forma pauperis*, with supporting financial affidavit, and the six-month account statement in accordance with Rule 3(a) of the Rules Governing §2254 and § 2241 Proceedings in the District Courts.

2. The Clerk of Court is **DIRECTED** to provide Petitioner with a copy of the *in forma pauperis* form alongside this Order.

3. If Petitioner pays the filing fee, the payment must bear **Case No. 21-cv-14108-BB** so the fee will be docketed in the correct case. This is especially important where Petitioner has filed more than one case.

Case No. 21-cv-14108-BLOOM

4. Petitioner is cautioned that failure to comply with this Order may result in dismissal of this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 2, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Johnny Trevon Cook, *Pro Se*
#K82291
Taylor Correctional Institution
Inmate Mail/Parcels
8501 Hampton Springs Road
Perry, FL 32348

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff/Petitioner* <br> v. <br> *Defendant/Respondent* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per *(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment  ❐ Yes  ❐ No
(b) Rent payments, interest, or dividends  ❐ Yes  ❐ No
(c) Pension, annuity, or life insurance payments  ❐ Yes  ❐ No
(d) Disability, or worker's compensation payments  ❐ Yes  ❐ No
(e) Gifts, or inheritances  ❐ Yes  ❐ No
(f) Any other sources  ❐ Yes  ❐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

     4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ .

     5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

     6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

     7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

     8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

     *Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____     _____
                                                                                                       *Applicant's signature*

                                                                                                       _____
                                                                                                              *Printed name*